Lillian A. Maisonneuve, Respondent, v. Sigmund Gutwillig, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Charles Mathison, Respondent, v. Gudolf Wettre, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

McLaughlin-Hannon Construction Company, Respondent, v. Westbury Terrace, Incorporated, Appellant.— Judgment affirmed, with costs. No opinion. Burr, Thomas and Rich, JJ., concurred; Jenks and Carr, JJ., dissented on the ground that the judgment is against the weight of evidence.

Mechanics' Bank of Brooklyn, Appellant, v. Bernard Trubin and Others, Defendants, Impleaded with Margaret J. Bryant, Executrix and Trustee of the Last Will and Testament of Alexander Bryant, Deceased, Respondent.— Judgment in so far as appealed from affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

John A. Medler and Others, Infants, by Margaret Medler, Their Guardian ad Litem, Appellants, v. Margaret Neems, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Thomas F. Meehan, an Infant, by Thomas Meehan, His Guardian ad Litem, Appellant, v. Delia Meehan, Individually and as Administratrix, etc., of Michael Meehan, Deceased, and Others, Respondents.— Judgment affirmed, without costs. No opinion. Hirschberg, P. J., Jenks, Rich and Carr, JJ., concurred; Burr, J., dissented.

Mabel Meehan, an Infant, by Jeremiah Horan, Her Guardian ad Litem, Appellant, v. Delia Meehan, Individually and as Administratrix, etc., of Michael Meehan, Deceased, and Others, Respondents.— Judgment affirmed, without costs. No opinion. Hirschberg, P. J., Jenks, Rich and Carr, JJ., concurred; Burr, J. dissented.

Patrick W. O'Dwyer, Respondent, v. Max Schosberg and Walter O. Gutlohn, Partners, Comprising the Firm of Gutlohn Fur Company, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Hirschberg, P. J., Burr, Thomas and Rich, JJ.

Benjamin Patterson, Appellant, v. Anna Meyerhofer, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. John C. Bergen, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. William H. Hale, Appellant.— Appeal withdrawn in open court. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Clara E. Reynolds, Appellant, v. Andrew J. Mathews and George T. Mathews, as Executors, etc., of George W. Mathews, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.